## GOINS v. STATE.

### No. 14708.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

L. B. Camp and Bliss Daffan, both of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is rape; the punishment, confinement in the penitentiary for seven years and six months.

The record is before us without statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.

## WILLIAMS v. STATE.

### No. 15057.

Court of Criminal Appeals of Texas.

Jan. 13, 1932.

J. Walter Friberg and Ernest Robertson, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

No notice of appeal appears in the record. In the absence of notice of appeal, this court has no jurisdiction.

The appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals, and approved by the court.